UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN KELLY ) <br> on Behalf of Joanne Coggins, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNIVERSITY HEALTH SYSTEMS ) <br> and DUPLIN GENERAL HOSPITAL, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 7:11-CV-24-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2011, that defendants' motion to dismiss is granted. Plaintiff's action is dismissed without prejudice to renewal within ninety (90) days of entry of the court's February 25, 2011 order. The plaintiff shall have and recover nothing of this action.

**This Judgment Filed and Entered on March 1, 2011, and Copies To:**
John Dearman Martin (via CM/ECF Notice of Electronic Filing)
Carolyn C. Pratt (via CM/ECF Notice of Electronic Filing)
Karen Kelly (via U.S. Mail) 288 Grove Street, Suite 131, Braintree, MA 02184
Michael G. Tracy (via U.S. Mail) Rudolph Friedmann LLP, 92 State Street, Boston, MA 02109

March 1, 2011    DENNIS P. IAVARONE, CLERK
  /s/ Christa N. Baker
 (By) Christa N. Baker, Deputy Clerk